# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0334. KEVIN GRIPPER v. AUTHENTIC CEDAR GROVE A/A/F CONTINENTAL 634 FUND, LLC**.

Authentic Cedar Grove A/A/F Continental 634 Fund, LLC ("Authentic") filed an action against Kevin Gripper in state court seeking a writ of possession for premises leased to Gripper, as well as back rent owed for those premises. On March 17, 2025, the lower court entered an order granting Authentic a writ of possession and awarding it $6,190.00 in back rent. Gripper filed an application for discretionary appeal in this Court on March 28, 2025. We lack jurisdiction.

Given that the amount of back rent at issue exceeded $2,500, it appears that Gripper had a right of direct appeal from the state court judgment. See OCGA § 5-6-35 (a) (3) (a discretionary application is required in "cases involving distress or dispossessory warrants in which the only issue to be resolved is the amount of rent due and such amount is $2,500.00 or less"). This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). To be timely, however, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The deadline for filing an application for discretionary review is jurisdictional, and this Court cannot accept an application not made in compliance with the relevant statute. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Hair Restoration Specialists v. State*

*of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (same).

Gripper's application for discretionary review, which he filed 11 days after the trial court entered the order at issue, is untimely. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs, Inc.*, 311 Ga. App. at 335-336. Accordingly, this application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__04/22/2025_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*